AO91 (Rev. 12/03) Criminal Complaint      *Felmy*     AUSA     United States District Court Southern District of Texas FILED

# UNITED STATES DISTRICT COURT

MAR 1 2 2014

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**     **CRIMINAL COMPLAINT**
vs.

Samuel Gil MARTINEZ
A075 969 060 El Salvador
AKA Samuel GIL-Martinez, Samuel CIAGALA-Martinez

Case Number: B-14- mJ- 277

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __March 11, 2014__ in __Kenedy__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Kenedy County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Brushcrew operations near Sarita, Texas on March 11, 2014. The defendant is a citizen and national of El Salvador who was previously deported, excluded or removed from the United States on November 3, 2008. The defendant was convicted of Assault and Battery With a Dangerous Weapon on July 27, 2005. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant has $10.00 US Dollars.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Gracia, Aldo Border Patrol Agent
Signature of Complainant

Gracia, Aldo     Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 12, 2014     at     Brownsville, Texas
Date     City/State

Ronald Morgan     U.S. Magistrate Judge
Name of Judge     Title of Judge     Signature of Judge